# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TOMMY THOMASON,

        **Plaintiff,**        **CIVIL ACTION NO. 07-CV-15041-AA**

    **vs.**

                    **DISTRICT JUDGE JOHN CORBETT O'MEARA**

**CORRECTIONAL MEDICAL**    **MAGISTRATE JUDGE MONA K. MAJZOUB**
**SERVS., INC., et al.,**

        **Defendants.**

_____/

## ORDER WITHDRAWING DEFENDANTS' MOTION TO COMPEL DISCOVERY

On September 29, 2008 Defendants notified this Court that they were withdrawing their Motion to Compel Discovery (docket no. 30). Therefore, **IT IS ORDERED** that Defendants' Motion to Compel Discovery (docket no. 30) is **WITHDRAWN.**

    **IT IS SO ORDERED.**

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: September 30, 2008           s/ Mona K. Majzoub_____
                                MONA K. MAJZOUB
                                UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this order was served upon Tommy Thomason and Counsel of Record on this date.

Dated: September 30, 2008

s/ Lisa C. Bartlett
Courtroom Deputy