UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY THOMASON,

        Plaintiff,                  Case no. 07-15041
                                           HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL SERVICES
INCORPORATED, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Majzoub's October 02, 2008, Report and Recommendation, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendant Susan McCauley's Motion for Summary is GRANTED.

                                                        s/John Corbett O'Meara
                                                       United States District Judge

Date: November 20, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on November 20, 2008, by electronic and/or U.S. mail.

s/William Barkholz
Case Manager