UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY THOMASON,

        Plaintiff,   Case no. 07-15041
                           HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

        Defendants.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Mona K. Majzoub's Report and Recommendation, filed December 03, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendant C. Kanduru is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: February 13, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on February 13, 2008, by electronic and/or U.S. mail.

                                            s/William Barkholz
                                            Case Manager