UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY THOMASON,

        Plaintiff,           Case no. 07-15041
                                    HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

        Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's March 24, 2009 Report and Recommendation. The court having reviewed the report and recommendation, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED as the findings and conclusions of this court.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment, filed December 29, 2008 is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss, filed October 23, 2008 is GRANTED.

                                               s/John Corbett O'Meara
                                               United States District Judge

Date: June 30, 2009

<u>Certificate of Service</u>

    I hereby certify that the foregoing order was served upon the parties of record on June 30, 2009, by electronic and/or U.S. mail.

<u>s/William Barkholz</u>
Case Manager